United States Court of Appeals
Fifth Circuit

**F I L E D**

August 21, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-11322
Conference Calendar

FELICIANO MUNOZ

Petitioner-Appellant

v.

DAN JOSLIN, Warden Federal Correctional Institute

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:06-CV-400

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Feliciano Munoz, federal prisoner # 23556-077, appeals the dismissal of his 28 U.S.C. § 2241 petition for lack of jurisdiction. Munoz challenges his 1993 convictions for violations of 21 U.S.C. §§ 843(b) and 846.

Munoz seeks relief pursuant to United States v. Booker, 543 U.S. 220 (2005), Blakely v. Washington, 542 U.S. 296 (2004), and Apprendi v. New Jersey, 530 U.S. 466 (2000). Munoz's claims do not fall under the savings clause of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

28 U.S.C. § 2255; thus, he may not pursue relief under § 2241. See Padilla v. United States, 416 F.3d 424, 427 (5th Cir. 2005); Reyes-Requena v. United States, 243 F.3d 893, 904 (5th Cir. 2001).

AFFIRMED.